UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER AYALA | § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. |
| v. | § § | H: 15-cv-2098 |
| GOOD NEIGHBOR DENTAL, | § § | |
| *Defendant.* | § | |

## INDEX OF MATTERS FILED

The United States of America on behalf of defendant, Fourth Ward d/b/a Good Neighbor Health Care Center, incorrectly sued as "Good Neighbor Dental," provides the following pursuant to Local Rule 81:

1. All executed process in the state case. (Attached);

2. All pleadings asserting causes of action, e.g. petitions, amended petitions, and answers to such pleadings. (Attached);

3. All orders signed by the state court judge (Attached);

4. The docket sheet (Attached); and,

5. A list of all known counsel of record, including addresses, telephone numbers and parties represented (attached).

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

/s/ Fred T. Hinrichs
_____
FRED T. HINRICHS
Assistant United States Attorney
Attorney in Charge
Texas Bar No. 24003580
1000 Louisiana, Ste. 2300
Houston, Texas 77002
Tel: 713- 567-9529
Fax: 713-718-3303
Fred.Hinrichs@usdoj.gov
Attorney for defendant Fourth
Ward, d/b/a Good Neighbor
Health Care Center

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was electronically served through the court's electronic filing system, or by U.S. Mail postage prepaid, on this 21st day of July 2015, to the following:

Javier Ayala
7450 Walker Street
Houston, TX 77011

/s/ Fred T. Hinrichs
_____
FRED T. HINRICHS
Assistant United States Attorney

2



## Case Summary for CV62C0012873 as of July 21, 2015 1:11:37 PM :

### General Case Information

| | |
|---|---|
| Case Number: | CV62C0012873 |
| Court Info: | Click here to visit court web site. |
| Style of Case: | JAVIER AYALA VS. GOOD NEIGHBOR DENTAL |
| Filed Date: | May 22, 2015 |
| Days Old: | 60 |
| Case Status: | ACTIVE |
| Disposition: | |
| Disposition Date: | |
| Judgment Date: | |

### Civil Information

| | |
|---|---|
| Nature of Claim: | SMALL CLAIMS MONEY DAMAGES |
| Claim Amount: | $10,000.00 |

| Party Information | |
|---|---|
| Party Name: | AYALA, JAVIER |
| Party Type: | PLAINTIFF |
| Party Name: | GOOD NEIGHBOR DENTAL |
| Party Type: | DEFENDANT |

**Event Information**

## Payment Information

| | |
|---|---|
| Payment Date: | May 22, 2015 |
| Amount: | $119.00 |
| Payment Type: | CASH |
| Transaction Type: | FILING FEE |
| Receipt Description: | SMALL CLAIMS |
| Payor Name: | AYALA, JAVIER |

## Filing Information

| | |
|---|---|
| Filing Description: | PETITION FILED |
| Date Added: | May 22, 2015 |

| | |
|---|---|
| Filing Description: | COURT COST $44.00 |
| Date Added: | May 22, 2015 |

| | |
|---|---|
| Filing Description: | CV-CITATION-MONEY DAMAGES |
| Date Added: | May 22, 2015 |

| | |
|---|---|
| Filing Description: | NOTICE OF CERTIFICATE OF LAST KNOWN MAILING ADDRESS |
| Date Added: | May 22, 2015 |

| | |
|---|---|
| Filing Description: | MILITARY STATUS AFFIDAVIT |
| Date Added: | May 22, 2015 |

## Bond Information

## Judgment Information

**Disclaimer**

Although Harris County Justice of the Peace Courts make every effort to ensure that information provided is accurate, neither Harris County nor any agency, officer, elected official or employee of Harris County, warrants the accuracy, reliability, or timeliness of any information on this web site and shall not be liable for any losses caused by such reliance on the accuracy, reliability or timeliness of such information, including, but not limited to incidental and consequential damages. This publication is provided "as is" without warranty of any kind, either expressed or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose or non-infringement.

Any person who relies on information obtained from this website does so at his or her own risk. In addition, nothing contained within this web site is an official record of Harris County or the elected officials responsible therefore. All official records of Harris County and the offices of countywide elected officials are on file in their respective offices and may be reviewed by the public at those offices.

Please note: Because case status may change at any time, the case information displayed may not be accurate. If you have any questions about the case status shown, you should verify the information with the official case record.

**Small Claims Petition**

NO. CN62C0012873

Plaintiff(s): Javier Ayala

In the Justice Court of Harris County, Texas
Precinct 6 Place 2

vs.

Defendant(s): ~~Tuesday Coffman c/o~~ J.A. Good Neighbor Dental

Plaintiff: Individual - Javier Ayala

Describe the legal nature of the plaintiff (e.g., individual, sole proprietorship, partnership, corporation)

Individual

Defendant: Corporation Good Neighbor Dental
Address: 190 Heights Blvd
City: Houston State: TX Zip: 77007 Date of Birth (if applicable):

Describe the legal nature of the defendant (e.g., individual, sole proprietorship, partnership, corporation)

Corporation

*Defendant may be served by serving Chief Operations Officer: Tuesday Coffman
(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company), who may be served at

190 Heights Blvd Houston TX 77007
(state the address for service of process).

The defendant's usual place of business or residence, or other place where defendant can probably be found is
190 Heights Blvd Houston TX 77007

**Cause of Action**
(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)

Good Neighbor Dental provided dental services to me that, due to their negligent policies and procedures, resulted in excruciating oral pain, emotional distress, and mental anguish. All of which are supported by the attached documentation. Their policies are designed in such a way that a procedure that was started in January 2013 was not completed until June 2013 resulting in pain, infection, and oral damage.

**Relief Requested** (Describe the relief you are requesting, itemizing the amount of damages you are seeking.)

I am seeking the fullest amount allowable of $10,000.00. The amount paid to GND was $693, medicine $30, other dentist fees post-GND $198, and the amount it would cost to repair the dental damage. In addition for pain and suffering. Total requested $10K

Respectfully submitted,

Signature of Plaintiff or Plaintiff's Attorney of Record
Address: 7450 Walker
Telephone: 832-808-8239
E-Mail Address: javier.ayala1221@yahoo.com

Printed Name: _____
State Bar No.: _____
Fax Number: _____

☐ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

CIVIL -CITATION (Money Damages) Rule 501.1
Receipt Number: 0084656    Receipt Date: 05/22/15    Cons Fee $75.00    Tracking Number: P0015087

Case Number: CV62C0012873

| | |
|---|---|
| JAVIER AYALA<br>PLAINTIFF(S)<br>vs.<br>GOOD NEIGHBOR DENTAL<br>DEFENDANT(S) | IN THE JUSTICE COURT<br>HARRIS COUNTY, TEXAS<br>PRECINCT 6, PLACE 2<br>1001 SSGT MACARIO GARCIA<br>HOUSTON, TX 77011-4019<br>713 921-6441 |

*Delivery this ___ day of May, 20 15*
*ALAN ROSEN, Constable*
*Precinct #1, Harris County*
*By _____ Deputy*

Citation (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS:

TO:   ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:

Deliver this citation, together with a copy of the petition, to:
GOOD NEIGHBOR DENTAL
190 HEIGHTS BLVD,
HOUSTON, TX 77007

By Serving:
TUESDAY COFFMA, CHIEF OPERATIONS OFFICER

**TO THE DEFENDANT:**
You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this Citation. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.

Date Petition Filed: 05/22/15

Nature of demand made by Plaintiff(s): money owed in the amount of $10000.00 together with attorney's fees, cost of court, interest as provided by law and general relief. A copy of the Petition is attached.

**Notice**
You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Issued on: 5/22/2015

*[signature]*
JUDGE ARMANDO V. RODRIGUEZ
Justice of the Peace, Precinct 6, Place 2

Address for Plaintiff
JAVIER AYALA
7450 WALKER ST
HOUSTON, TX 77011

JUK3Y

CVCIT13
Page 1 of 1

**CAUSE NO. CV62C0012873**

| | | |
|---|---|---|
| JAVIER AYALA, | § | IN THE JUSTICE COURT OF |
| Plaintiff, | § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| GOOD NEIGHBOR DENTAL, | § § | |
| Defendant. | § § | PRECINCT 6, PLACE 2 |

**ORIGINAL ANSWER OF
<u>GOOD NEIGHBOR DENTAL</u>**

**<u>WITH A LEGAL NAME OF FOURTH WARD CLINIC D/B/A GOOD NEIGHBOR HEALTHCARE CENTER</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Good Neighbor Dental, incorrectly named as Defendant, with a legal name of Fourth Ward Clinic, d/b/a Good Neighbor Healthcare Center and in answer to the Plaintiff's Original Petition ("**Plaintiff**"), on file herein, files this Original Answer to Plaintiff's Original Petition, and to all other claims and pleadings filed, or to be filed, herein by Plaintiff and/or other parties that have been, or will have been, joined or have, or will have, intervened, and for such answer would respectfully show unto the Court the following:

**I.
<u>GENERAL DENIAL</u>**

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every, all and singular, the allegations in Plaintiff's Original Petition, and in all other claims and pleadings filed, or to be filed, herein by Plaintiff and/or other parties that have been, or will have been, joined or have, or will have, intervened, and demands strict proof thereof by preponderance of the evidence.

## II.
## AFFIRMATIVE DEFENSES

Defendant, by way of further answer, if necessary, further alleges by way of affirmative defense that the exclusive remedy for Plaintiff's claims is under Section 224(a) of the Public Health Service (PHS) Act (42 U.S.C. § 233(a)). Accordingly, Plaintiff's cause of action against Defendant, if any, is barred by the provisions of Section 224(a) of the Public Health Service (PHS) Act to the extent Plaintiff's cause of action exceeds the remedies provided therein.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that it be dismissed from the above-styled and numbered cause immediately or that on final hearing hereof, Plaintiff and every other party that has been, or will have been, joined or have, or will have, intervened take nothing, and that they go hence with their costs without day, and for such other and further relief, including reasonable attorney's fees, to which it may show itself justly entitled.

Dated: June 12, 2015.

Respectfully submitted,

*Ann Thielke*
CEO Good Neighbor Healthcare Center

## CERTIFICATE OF SERVICE

This Original Answer of Defendant has been served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on June 12, 2015 by certified mail, return receipt requested to the following address:

Javier Ayala
7450 Walker St.
Houston, TX  77011

*Ann Thielke*
CEO Good Neighbor Healthcare Center

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER AYALA | § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. |
| v. | § § | H: 15-cv-2098 |
| GOOD NEIGHBOR DENTAL, | § § § | |
| *Defendant.* | § | |

## LIST OF ATTORNEYS OF RECORD

The following is a list of the known attorneys:

1. **Plaintiff pro se,**
   Javier Ayala
   7450 Walker Street
   Houston, TX   77011
   (713) 705-3070

2. **Defendant, Fourth Ward,
   d/b/a Good Neighbor Health
   Care Center**
   Fred T. Hinrichs
   Assistant U.S. Attorney
   Texas Bar No. 24003580
   1000 Louisiana, Ste. 2300
   Houston, Texas   77002
   (713) 567-9529 – Telephone
   (713) 718-3303 – Facsimile
   Fred.Hinrichs@usdoj.gov

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

/s/ Fred T. Hinrichs

---

FRED T. HINRICHS
Assistant United States Attorney
Attorney in Charge
Texas Bar No. 24003580
1000 Louisiana, Ste. 2300
Houston, Texas 77002
Tel: 713- 567-9529
Fax: 713-718-3303
Fred.Hinrichs@usdoj.gov
Attorney for defendant Fourth
Ward, d/b/a Good Neighbor
Health Care Center

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was electronically served through the court's electronic filing system, or by U.S. Mail postage prepaid, on this 21st day of July 2015, to the following:

Javier Ayala
7450 Walker Street
Houston, TX 77011

/s/ Fred T. Hinrichs

---

FRED T. HINRICHS
Assistant United States Attorney