United States District Court
Southern District of Texas
**ENTERED**
November 25, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER AYALA | § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. |
| v. | § § | H: 15-cv-2098 |
| GOOD NEIGHBOR DENTAL, | § § § | |
| *Defendant.* | § | |

## ORDER

Considering the foregoing Motion to Substitute, and Dismiss filed by the United States of America on behalf of defendant, Fourth Ward d/b/a Good Neighbor Health Center, incorrectly named "Good Neighbor Dental," and for the reasons stated therein;

IT IS ORDERED that the United States of America is properly substituted as the proper party defendant, and defendant Fourth Ward d/b/a Good Neighbor Health Center is hereby dismissed.

IT IS FURTHER ORDERED that this civil action against the United States of America is dismissed without prejudice because Plaintiff has failed to pursue his administrative remedies, which is a statutory prerequisite to suit.

Houston, Texas, this _____ day of NOV 2 5 2015_____, 201___.

HON. ALFRED H. BENNETT
United States District Judge